NATALIE W. LEWIS, Respondent, v. MONROE REDELL, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten

dollars costs. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.